Opinion filed February 15, 2007 












 
 
  
 
 







 
 
  
 
 




Opinion filed February 15, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00290-CV 

                                                    __________

 

            IN RE SYLVIA MONREAL CISNEROS; SAMUEL CISNEROS;

     PENNY
STRICKLAND, INDIVIDUALLY, AS NEXT FRIEND OF ISAAC

 JOSEPH CISNEROS
STRICKLAND, AND AS ADMINISTRATRIX OF THE ESTATE OF ALEJANDRO JAVIEL CISNEROS;
THE ESTATE OF

      ALEJANDRO
JAVIEL CISNEROS; ARTHUR J. BRENDER, JR.; AND

                  EDWARD
DWAIN DENT D/B/A THE DENT LAW FIRM

 



 

                                                Original
Mandamus Proceeding

 



 

                                            M
E M O R A N D U M    O P I N I O N

Relators have filed in this court a motion to
dismiss their petition for writ of mandamus. 
Relators state that all the matters between the parties have been
resolved.

The motion is granted, and the petition for writ
of mandamus is dismissed.

 

PER CURIAM

 

February 15, 2007

Panel
consists of:  Wright, C.J, 

McCall, J., and Strange, J.